No. 864. AMES v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Burton E. Eames* and *R. Gaynor Wellings* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, John MacC. Hudson,* and *H. Brian Holland* for respondent.

No. 871. OWSLEY v. UNITED STATES. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edgar Wright* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 893. THE GILDERSLEEVE No. 325 v. HOWARD; and
No. 894. NORTHWESTERN FIRE & MARINE INSURANCE Co. v. SEABOARD SAND & GRAVEL Co. April 30, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William F. Purdy* for petitioners. *Messrs. Anthony V. Lynch* and *Horace L. Cheyney* for respondents.

No. 865. POMEROY ET AL. v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 30, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Samuel F. Beach, Robert M. Heth,* and *Morgan H. Beach* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John H. McEvers* for respondent.